AARON D. FORD
  Attorney General
STEPHEN J. AVILLO, Bar No. 11046
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: savillo@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| CHARLIE JACKSON, | |
|---|---|
| Plaintiff, | Case No. 3:20-cv-00511-MMD-WGC |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| GARRETT, et al., | |
| Defendants. | |

Charlie Jackson, Plaintiff *Pro Se*, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, hereby stipulate and agree that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon during the Early Mediation Conference that took place on March 2, 2021.

///
///
///
///
///
///
///
///
///

\* \* \*

DATED this __8__ day of __March__, 2021.

By: _____
Charlie Jackson, 1277699
Plaintiff *Pro Se*

DATED this __22__ day of __March__, 2021.

AARON D. FORD
Attorney General

By: _____
STEPHEN J. AVILLO (Bar No. 11046)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of March, 2021, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Charlie Jackson #1127769
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

/s/Perla M. Hernandez
An employee of the
Office of the Attorney General

3